THE STATE OF OHIO, APPELLEE, *v.* TOLBERT, APPELLANT.

[Cite as *State v. Tolbert* (1992), 63 Ohio St.3d 1203.]

(No. 90–2359—Submitted January 21, 1992—Decided March 4, 1992.)

*Arthur M. Ney, Jr.,* Prosecuting Attorney, and *Ronald W. Springman,* for appellee.

*H. Fred Hoefle,* for appellant.

*Randall M. Dana,* Ohio Public Defender, and *Gregory L. Ayers,* urging reversal for *amicus curiae,* Ohio Public Defender Commission.

*Hobson & Kolman* and *Gordon Hobson,* urging reversal for *amicus curiae,* Ohio Association of Criminal Defense Lawyers.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., dissents and would affirm the judgment of the court of appeals with an opinion.

WRIGHT, J., dissents.